**Order entered July 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00801-CV

## JAY SANDON COOPER, Appellant

## V.

## JUDGE PAUL MCNULTY, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01611-2015**

## ORDER

Before the Court is appellant's July 16, 2015 "motion to proceed." In the motion, appellant notes the trial court sustained the Collin County District Clerk's contest to his affidavit of indigence, asserts he cannot afford the costs of this appeal, and requests permission to proceed without advance payment of costs. We construe the motion as a motion to review the trial court's order sustaining the contest as provided in Texas Rule of Appellate Procedure 20.1(j)(1) and **ORDER Indu Bailey, Official Court Reporter of the 219th Judicial District Court, to file the record of the July 7, 2015 indigency hearing.** *See* TEX. R. APP. P. 20.1(j)(1),(3). We further **ORDER Collin County District Clerk Andrea Stroh Thompson to file a supplemental clerk's record** containing a copy of the affidavit of indigence, the contest to the affidavit, and the trial court's order sustaining the contest. The requested records shall be filed

**no later than July 20, 2015** and without advance payment of costs**.** *See id.* 4.1, 20.1(j)(3). No

extensions will be granted. *See id.* 20.1(j)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the

Honorable Scott J. Becker, Presiding Judge, 219th Judicial District Court; Ms. Bailey; Ms. Stroh

Thompson; and all parties.


/s/     ELIZABETH LANG-MIERS
       JUSTICE